# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>　　　　Defendants. | 1:16-cv-01217-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION (ECF No. 18)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

　　　　Plaintiff Ernesto Ramirez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff initiated this action on August 17, 2016. Plaintiff consented to the jurisdiction of a United States Magistrate Judge. (ECF No. 10.)

　　　　On December 13, 2016, Plaintiff filed a motion to dismiss this claim "on his own accord." (ECF No. 18.) The Court construes Plaintiff's motion as one requesting voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).

　　　　"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id.* at 1078.

In this action, no defendant has been served and no defendant has filed an answer or motion for summary judgment. Accordingly, the Clerk of the Court will be directed to close the file in this case and adjust the docket to reflect voluntary dismissal of this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to dismiss this action, filed December 13, 2016 (ECF No. 18), is GRANTED;
2. The Clerk of the Court is ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action without prejudice pursuant to Rule 41(a); and
3. All pending motions, if any, are terminated.

IT IS SO ORDERED.

Dated:   **December 15, 2016**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE